IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-552-GCM

| | |
|---|---|
| KAHUNA GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BUNKER CAPITAL, LLC, REMY ) | |
| JACOBSON, and GREGORY ) | |
| BACHRACH, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning **Peter J. Klock, II** (Doc. No. 13), **Brett M. Amron** (Doc. No. 14), and **Lissette M. Carreras** (Doc. No. 15), which were filed December 20, 2019.

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby <u>grants</u> the Motions.

In accordance with Local Rule 83.1(B), Mr. Klock. Mr. Amron, and Ms. Carreras are admitted to appear before this court *pro hac vice* on behalf of Defendant Gregory Bachrach.

**IT IS SO ORDERED.**

Signed: December 28, 2019

Graham C. Mullen
United States District Judge