IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00552-GCM

| | |
|---|---|
| KAHUNA GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUNKER CAPITAL, LLC, <br> REMY JACOBSON, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Justin B. Kaplan (ECF No. 39).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Kaplan is admitted to appear before this court *pro hac vice* on behalf of Defendant Remy Jacobson.

**IT IS SO ORDERED**.

Signed: April 4, 2022

Graham C. Mullen
United States District Judge